UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2010 APR -1 PM 1:26

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

CLEOFAS ORTEGA-VILLARREAL,

                Defendant.

CASE NO. 09CR2518-WQH

**JUDGMENT OF DISMISSAL**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) of: _21:841(a)(1) and 846 - Conspiracy to Distribute a Controlled Substance

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: MARCH 29, 2010

WILLIAM Q. HAYES, US DISTRICT COURT
UNITED STATES DISTRICT JUDGE

ENTERED ON 4/1/10